THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM G. NASH et al., Appellants.

*People* v. *Nash*, 123 App. Div. 909, affirmed.
(Argued April 8, 1908; decided April 24, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 6, 1907, which affirmed a judgment of the Onon-

daga County Court rendered upon a verdict convicting the defendant of the crime of grand larceny in the second degree.

*Harry H. Stone* for appellants.

*George H. Bond, District Attorney* (*George W. Standen* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ. Not sitting: VANN, J.